UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REYNEL BAUTISTA ANZOLA,

    Petitioner,

v.                                    Case No.: 6:26-cv-00180-GAP-NWH

WARDEN, ORANGE COUNTY
JAIL, IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE), UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY (DHS),
ICE FIELD OFFICE DIRECTOR,
ORLANDO FIELD OFFICE,

    Respondent,
_____/

## ORDER

This cause came before the Court on Respondents' Response to Petitioner's Emergency Motion for Temporary Restraining Order ("TRO"). Doc. 14.

Respondents concede in their Response that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 3. However, Respondents contend (despite the 13 days that lapsed between Petitioner's request for a hearing and this Court's Order granting his motion for TRO), that it is the TRO which is preventing them from conducting Petitioner's bond hearing. *See id.* at 2, 3 at n.2.

Accordingly, it is **ORDERED** that the Court's Temporary Restraining Order

(Doc. 9) is hereby **AMENDED** to permit Respondents to **temporarily** move Petitioner from the Orange County Jail **for the explicitly limited purpose of conducting the bond hearing he is entitled to under 8 U.S.C. § 1226(a)**.

The Court will address the remainder of the Petition at the hearing on February 9, 2026.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 4, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party