# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

REYNEL BAUTISTA ANZOLA,

        Petitioner,

v.                                                      Case No:  6:26-cv-180-GAP-NWH

WARDEN, ORANGE COUNTY JAIL,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE), UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY (DHS) and
ICE FIELD OFFICE DIRECTOR,
ORLANDO FIELD OFFICE,

        Respondents

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **OPPOSED MOTION TO HAVE CASE HEARD LAST (Doc. 23)**
>
> **FILED:** February 8, 2026
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot** as stated in open court on February 9, 2026.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties